UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORMAN GOODMAN, CRAIG GOODMAN, JEFFREY GOODMAN and IRWIN TARTUS : : : : Plaintiffs, : : v. : : SIMON GOODMAN, IRVING GOODMAN, and STEEL DRUM COMPANY, INC., : : : : Defendants. : | Civil Action No. 04-03869 (SDW)(MCA)  **ORDER**  February 8, 2011 |

**WIGENTON**, District Judge.

This matter comes before the Court on Plaintiffs, Norman Goodman, Craig Goodman, Jeffrey Goodman, and Irwin Tartus's (collectively "Plaintiffs"), Motion for Entry of Default Judgment against Defendants, Irving Goodman, Simon Goodman, and Goodman Brothers Steel Drum Company, Inc. (collectively "Defendants"), pursuant to Fed. R. Civ. P. 55(b). For the reasons set forth in Judge Joseph A. Greenaway, Jr.'s Opinion and Order date March 5, 2010,

IT IS on this 8th Day of February, 2011,

**ORDERED** that Plaintiffs' Motion for Entry of Default Judgment is **DENIED**.

s/ Susan D. Wigenton<br>
**Susan D. Wigenton, U.S.D.J.**

cc: Madeline Cox Arleo, U.S.M.J.